# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>      v.<br><br>Cole Gregory LOGAN,<br><br>                         Defendant. | Case No.:        26mjl 581<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C. § 1324(a)(2)(B)(ii) Bringing in Aliens for Financial Gain (Felony) and Title 18, U.S.C., Sec. 2 Aiding and Abetting; |

The undersigned complainant being duly sworn states:

On or about March 19, 2026, within the Southern District of California, Defendant Cole Gregory LOGAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Amayrani SALINAS-Perez and Jeidy Marili SIMA-Escamilla, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

The complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____

Michael T. Tran, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, on March 20, 2026.

_____

HON. VALERIE E. TORRES
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Amayrani SALINAS-Perez and Jeidy Marili SIMA-Escamilla, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are Material Witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On March 19, 2026, at approximately 5:09 P.M., Cole Gregory LOGAN (Defendant) applied for admission into the United States from Mexico via the Otay Mesa, California Port of Entry vehicle primary lanes as the driver and sole visible occupant of a Toyota Corolla bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his California driver's license as his entry document and stated he was going to Alpine, California with nothing to declare from Mexico. The CBP Officer noticed that the vehicle had low crossing history and asked Defendant who it belonged to, to which Defendant stated the vehicle was "Mine." The CBP Officer asked Defendant what the purpose of his trip to Mexico was, and Defendant stated he went to get an oil change for his vehicle. The CBP Officer conducted a cursory inspection of the vehicle and discovered two individuals concealed inside of the trunk. The CBP Officer radioed for assistance, secured Defendant and escorted him to the security office for further processing. The vehicle was driven to secondary for further inspection by responding CBP Officers.

In the security office, a CBP Officer asked Defendant if the vehicle had been in his possession in the past 72 hours, to which Defendant stated, "Yes." The CBP Officer asked Defendant if anyone had asked him to bring anything from the United States into Mexico or take anything from Mexico into United States, to which Defendant stated, "No."

Furthermore, CBP Officers responding to secondary assisted in removing two adult females from the trunk of the vehicle, who were later identified as Amayrani SALINAS-Perez (MW1) and Jeidy Marili SIMA-Escamilla (MW2).  MW1 and MW2 were later determined to be citizens of Mexico without legal documents to enter, pass through, or remain in the United States. SALINAS-Perez and SIMA-Escamilla are now held as Material Witnesses.

During a video-recorded interview, MW1 admitted to being a citizen of Mexico without documents to enter the United States. MW1 stated a friend in Mexico made the smuggling arrangements and was going to pay an undetermined smuggling fee upon successful entry into the United States. MW1 stated that an unknown male and an unknown female picked her up from the airport upon her arrival in Tijuana on Wednesday, March 18, 2026. The unknown couple drove MW1 to a house where she remained until Thursday, March 19. On Thursday afternoon, MW1 was driven by a second unknown male to a gas station and was instructed to walk around the corner to a vehicle that had just driven by and had been pointed out as the vehicle in which she would be smuggled. MW1 stated she walked to the vehicle, which was parked around the corner, and a third unknown male told her to get into the trunk. MW1 stated there was a cooler with a fan in the trunk, which kept it cool, and that she did not believe she could have exited the vehicle on her own. MW1 stated she was intending to go to Los Angeles, California, to find work.

During a video-recorded interview, MW2 admitted to being a citizen of Mexico without documents to enter the United States. MW2 stated she traveled to Mexico approximately eight days ago and had been staying at her uncle's house in Tijuana. While out walking and looking for work, MW2 was approached by an unidentified male and female who asked if she was interested in crossing into the United States for a fee of $13,000 USD. After MW2 agreed, the couple drove her back to her uncle's house. MW2 stated on the afternoon of Thursday, March 19, 2026, a contracted rideshare vehicle arrived at her uncle's

home to pick her up. The rideshare driver dropped MW2 off at what appeared to be a tire shop or mechanic shop. MW2 was greeted by an unidentified male standing next to a white vehicle with the trunk open. MW2 got into the trunk, and the unidentified male closed it. MW2 stated she immediately heard two car doors open and close and felt a shift in the vehicle's weight, after which the vehicle began moving and did not make any stops. MW2 stated she felt very hot inside the trunk but could feel cool air through small holes in the trunk lid and from a cooler and fan that had been placed in the trunk. MW2 stated she did not believe she could get out of the trunk on her own and was not given any instructions on what to do in the event of an emergency. MW2 stated she was intending to go to Los Angeles, California, to work.