# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER  26-mj-01581-VET |
| vs | | **ABSTRACT OF ORDER** |
| Cole Gregory Logan | | Booking No.  39522506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  03/24/2026

the Court entered the following order:

**☒** Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

**☒** Defendant released on  $10,000 P/S  Bond posted.

_____ Defendant appeared in Court.  FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____ Defendant sentenced to TIME SERVED.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no.

_____ Defendant to be release to Pretrial Services for electronic monitoring.

_____ Other.

VALERIE E. TORRES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   B. Sandoval x.7352

Crim-9 (Rev. 09/23)
Original