Outlook

---

**Read: 26mj1581-VET Cole Logan (deft abstract)**

---

**From**
on behalf of
CAS Releases

**Date** Tue 3/24/2026 2:42 PM

**To**

📎 1 attachment (83 KB)
Read: 26mj1581-VET Cole Logan (deft abstract);


CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.