ADAM GORDON
United States Attorney
DANIEL F. CASILLAS
Assistant U.S. Attorney
Washington State Bar No. 45710
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Email: daniel.casillas@usdoj.gov

Attorneys for Plaintiff
United States of America

United States District Court

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>COLE GREGORY LOGAN,<br><br>                    Defendant. | Case No. _____<br>            26MJ1581<br><br>**Stipulation of Fact and Joint Motion for Release of Material Witness(es) and Order Thereon** |

It is hereby stipulated and agreed between Plaintiff, the United States of America, by and through its counsel, Adam Gordon, United States Attorney, and Daniel F. Casillas, Assistant United States Attorney, and Defendant Cole Gregory Logan, with the advice and consent of Stephen D. Lemish, counsel for Defendant, as follows:

1.    Defendant agrees to execute this stipulation on or before the first arraignment date and to participate in a full and complete inquiry by the Court into whether Defendant knowingly, intelligently, and voluntarily entered into it.

//
//
//
//

DFC:cm:4/14/2026

2.    The material witness(es), Jeidy Marili Sima-Escamilla and Amayrani Salinas-Perez, in this case:

   a.    Are aliens with no lawful right to enter or remain in the United States.

   b.    Entered or attempted to enter the United States illegally on or about March 19, 2026.

   c.    Were found in a vehicle driven by Defendant at the Otay Mesa, California Port of Entry.

   d.    Were having others pay on their behalf $13,000 to be brought into the United States illegally and transported or moved illegally to their destination therein.

   e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3.    After the Court has ordered the material witnesses released, in accordance with this stipulation and joint motion, if Defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws their guilty plea to that charge, Defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal, and collateral attack, that:

   a.    The stipulated facts set forth in Paragraph 2 above shall be admitted as substantive evidence.

   b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witness.

   c.    Understanding that under *Crawford v. Washington*, 541 U.S. 36 (2004), "testimonial" hearsay statements are not admissible against a defendant unless the defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, Defendant waives the right to confront and cross-examine the material witness(es) in this case.

2

4.    By signing this stipulation and joint motion, Defendant certifies that Defendant has read it (or that it has been read to Defendant in their native language). Defendant certifies further that Defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is **stipulated and agreed** this date.

Respectfully submitted,

ADAM GORDON
United States Attorney

4.14.26
Dated

*Daniel F. Casillas*
DANIEL F. CASILLAS
Assistant U.S. Attorney

4-14-26
Dated

STEPHEN D. LEMISH
Defense Counsel

4-14-26
Dated

COLE GREGORY LOGAN
Defendant

3

## Order

Upon joint application and motion of the parties, and for good cause shown,

**The stipulation** is admitted into evidence; and

**It is ordered** that the above-named material witness(es) be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

**It is so ordered.**

_____          _____

Dated                                                              United States Magistrate Judge